| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:12-CR-34 |
| | § | |
| JOHN OLIVER MANNING | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. Judge Giblin held a hearing and submitted findings of fact and a recommendation on the pending petition to revoke the defendant's supervised release. The parties have not objected to Judge Giblin's report. The defendant consented to the revocation of his supervised release and waived his right to allocute and to be present and speak at sentencing (#13).

The Court ORDERS that the findings of fact and recommendation (#12) are ADOPTED. The Court finds that the defendant, John Oliver Manning, violated conditions of his supervised release. The Court REVOKES his term of supervision. Pursuant to Judge Giblin's recommendation, the Court ORDERS the defendant to serve a term of thirty-eight (38) months imprisonment for the revocation, with no additional term of supervision to follow in this case. This Court further ORDERS this sentence to run concurrently with the term of imprisonment imposed against the defendant in criminal cause number 1:11-CR-37(2).

SIGNED at Beaumont, Texas, this 25th day of November, 2012.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE